UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
RAFAEL RUA-CAMPUSANO,

        Plaintiff,

vs.                                                     Civil Action No.:
                                                     1:20-CV-07087-GBD-SLC

ANDREW M. SAUL,
COMMISSIONER OF SOCIAL SECURITY,

        Defendant.
-----------------------------------------------------------X

## ORDER

    AND, NOW, this __22nd__ day of April, 2021, upon consideration of Plaintiff's Motion for an extension of time to file his motion for judgment on the pleadings, ECF No. 12,

    IT IS HEREBY ORDERED that Plaintiff's Motion is GRANTED. Plaintiff's motion is due May 27, 2021. All subsequent deadlines are also extended by thirty (30) days.

    The Clerk of Court is respectfully directed to close ECF No. 12.

    SO-ORDERED 4/22/2021

_____
SARAH L. CAVE
United States Magistrate Judge