UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RAFAEL RUA-CAMPUSANO,

                Plaintiff,

  -v-

KILOLO KIJAKAZI,
Acting Commissioner of Social Security,

                Defendant.

CIVIL ACTION NO.: 20 Civ. 7087 (GBD) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

On November 10, 2021, the Court issued a Report and Recommendation (the "R&R") recommending that Plaintiff Rafael Rua-Campusano's motion for judgment on the pleadings (ECF No. 14) be granted and the Commissioner of Social Security's motion for judgment on the pleadings (ECF No. 20) be denied. (ECF No. 23). On December 8, 2021, the Commissioner filed objections (the "Objections") to the R&R raising a serious question about the Court's analysis of Mr. Rua-Campusano's medical records. (ECF No. 26). Therefore, the Court construes the Objections as a motion for reconsideration, which is GRANTED, and the R&R is WITHDRAWN and VACATED. See Bryant v. Comm'r of Soc. Sec., No. 14 Civ. 5764 (LTS) (JCF), 2015 WL 6758094, at *1 (S.D.N.Y. Nov. 5, 2015).

The Court will issue a revised Report and Recommendation (the "Revised R&R") in due course. No further objections need be submitted until the Revised R&R is filed.

Dated:      New York, New York
              December 9, 2021

                                                        SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**