UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
RAFAEL RUA-CAMPUSANO,

                Plaintiff,                      20 **CIVIL** 7087 (GBD) (SLC)

         -against-                                  **JUDGMENT**

KILOLO KIJAKAZI,, Acting Commissioner
Of Social Security,

                Defendant.
------------------------------------------------------------X

     It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Decision and Order dated February 17, 2022, Magistrate Judge Cave's Report is adopted. Defendant's cross-motion for judgment on the pleading, (ECF No. 20), is denied. Plaintiff's motion for judgment on the pleadings, (ECF No.14), is granted. The Commissioner's Decision denying benefits is vacated, and this matter is remanded to the SSA for further proceedings.

**Dated:**  New York, New York
           February 17, 2022

                                                                  RUBY J. KRAJICK
                                                                  _____
                                                                       Clerk of Court
                                                       BY:
                                                                         Deputy Clerk